CITY OF ASHEVILLE v. JOHN C. ARBOGAST ET AL.

(Filed 24 January, 1934.)

(For digest see *Buncombe County v. Arbogast, ante,* 745.)

APPEAL by Auburn-Asheville Company, alleged purchaser at tax-sale foreclosure, from *Alley, J.,* at June Term, 1933, of BUNCOMBE.

Motion in tax-sale foreclosure suit to set aside sale and to vacate order of confirmation.

Motion allowed. Appeal by alleged purchaser.

*Bourne, Parker, Bernard & DuBose for Auburn-Asheville Company.*
*Heazel, Shuford & Hartshorn for Consolidated Realty Corporation.*
*Johnson, Smathers & Rollins for Hood, Commissioner of Banks.*

PER CURIAM. The case is controlled by the decision in *Buncombe County v. Arbogast, ante,* 745.

Affirmed.